UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

```
RONALD JAMES BARBER,         :
                             :   Civil Action No. 10-5286 (PGS)
         Plaintiff,          :
                             :
                             :
         v.                  :     ORDER
                             :   (CLOSED)
KENNETH SHARPE, et al.       :
                             :
         Defendants.         :
```

For the reasons expressed in the Court's Opinion filed herewith,

It is on this 2nd day of June, 2011,

ORDERED that, pursuant to 28 U.S.C. § 1915(a), the application submitted by Plaintiff to proceed <u>in forma pauperis</u> is hereby GRANTED; and it is further

ORDERED that the Clerk of the Court is directed to file the Complaint without prepayment of the filing fee; and it is further

ORDERED that the Complaint is DISMISSED WITH PREJUDICE, in its entirety as against all named defendants, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for failure to state a claim upon which relief may be granted; and it is further

ORDERED that Plaintiff's application for a preliminary injunction (Docket entry no. 2) is DENIED.

*s/Peter G. Sheridan*
PETER G. SHERIDAN
United States District Judge